---

**Fill in this information to identify the case:**

Debtor name _____ Madjak, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ 22-10641 _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Chase Bank | Checking account | 7193 | $237.00 |

**Additional Page Total** - *See continuation page for additional entries* _____ $0.00

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $237.00 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

| Debtor | __Madjak, LLC__ | | Case number *(if known)* | __22-10641__ |
|---|---|---|---|---|
| | Name | | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81. $0.00

---

**Part 3: Accounts receivable**

---

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... ➔ _____
    face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... ➔ _____
    face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $0.00

---

**Part 4: Investments**

---

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:        % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

| Debtor | Madjak, LLC | Case number *(if known)* | 22-10641 |
|---|---|---|---|
| | Name | | |

None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.  $0.00

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

None

**20. Work in progress**

None

**21. Finished goods, including goods held for resale**

None

**22. Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| 22.1 Retail and Backbar products for facials | 09/30/2022<br>MM / DD / YYYY | (Unknown) | | $7,253.00 |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.  $7,253.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

| Debtor | Madjak, LLC | Case number *(if known)* | 22-10641 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

   None

**29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish

   None

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31.  Farm and fishing supplies, chemicals, and feed**

   None

**32.  Other farming and fishing-related property not already listed in Part 6**

   None

**33.  Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                                $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
   ☑No
   ☐Yes. Is any of the debtor's property stored at the cooperative?
        ☐No
        ☐Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑No
   ☐Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑No
   ☐Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐No. Go to Part 8.
   ☑Yes. Fill in the information below.

| Debtor | __Madjak, LLC__ | | Case number *(if known)* | __22-10641__ |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 __Furniture and Equipment__ | (Unknown) | | $52,000.00 |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| None | | | |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $52,000.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| Debtor | __Madjak, LLC__ | Case number *(if known)* | __22-10641__ |
|---|---|---|---|
| | Name | | |

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                          $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                          $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

| Debtor | **Madjak, LLC** | Case number *(if known)* | **22-10641** |
|--------|-----------------|--------------------------|--------------|
|        | Name            |                          |              |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                                          $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| Debtor | __Madjak, LLC__ | Case number *(if known)* | __22-10641__ |
|---|---|---|---|
| | Name | | |

|  |
|---|
| **Current value of debtor's interest** |

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

__$0.00__

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Schedule A/B: Assets — Real and Personal Property**

Debtor **Madjak, LLC**        Case number *(if known)* **22-10641**
Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $237.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $7,253.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $52,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $59,490.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................................ | | $59,490.00 |

| Debtor | **Madjak, LLC** | Case number *(if known)* | **22-10641** |
|---|---|---|---|
| | Name | | |

■ **Additional Page**

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | **Chase Bank** | **Checking account** | **7185** | **(Unknown)** |
| 3.3 | **Chase Bank** | **Checking account** | **9252** | **(Unknown)** |

Fill in this information to identify the case:

Debtor name ___Madjak, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): ___22-10641___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**
**Creditor's name**
Everest Business Funding, LLC

**Creditor's mailing address**
5 West 37th Street Suite 1100
New York, NY 10018

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $38,817.00   Column B: unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $709,634.71

Debtor    Madjak, LLC
_____
          Name

Case number (if known)  22-10641

---

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** | **Creditor's name**

Fintegra

**Describe debtor's property that is subject to a lien**

$41,799.72          unknown

**Creditor's mailing address**

99 Wall Street Suite 686

New York, NY 10005

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor  Madjak, LLC
_____  Case number (if known)  22-10641
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

Internal Revenue Service

**Creditor's mailing address**

Centralized Insolvency Office

Po Box 7346

Philadelphia, PA 19101-7346

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$112,995.99    unknown

**Describe the lien**

Tax Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Madjak, LLC | Case number (if known) | 22-10641 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4** **Creditor's name**

Linidini

**Describe debtor's property that is subject to a lien**

$16,722.00        unknown

**Creditor's mailing address**

3220 Tilman Drive

Bensalem, PA 19020

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Madjak, LLC | Case number (if known) | 22-10641 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** Creditor's name

U.S. Small Business Administration

**Creditor's mailing address**

Little Rock Commercial Loan Processing

Center 2120 Riverfront Drive, Suite 100

Little Rock, AR 72202

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$499,300.00

unknown

Debtor    Madjak, LLC                                   Case number (if known) _22-10641_
_____
Name

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| United States Attorney, U.S. SBA<br>Attn: Civil Process Clerk<br>601 N.W. Loop 410 600<br>San Antonio, TX 78216 | Line 2. _5_ | ___ ___ ___ ___ |
| United States Atty. Gen.<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | Line 2. _5_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Madjak, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 22-10641 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Texas Comptroller of Public Accounts

Bankruptcy Section

PO Box 13528

Austin, TX 78711

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Sales Tax

Is the claim subject to offset?
☑ No
☐ Yes

Total claim $9,594.16          Priority amount $9,594.16

**2.2** Priority creditor's name and mailing address

Texas Workforce Commission

TWC Building - Reg. Integrity Div.

101 East 15th Street

Austin, TX 78701

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim $33,298.18          Priority amount $33,298.18

| Debtor | **Madjak, LLC** | Case number *(if known)* | **22-10641** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

McGahey, Robert

1900 CR 245

Georgetown, TX 78633

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$65,000.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

Merz North America, Inc.

PO Box 10973

Palatine, IL 60055-0973

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,997.23**

---

**3.3** **Nonpriority creditor's name and mailing address**

Rossman, Jeff

8105 Ceberry, Unit B

Austin, TX 78759

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

**3.4** **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

| Debtor | **Madjak, LLC** | Case number *(if known)* | **22-10641** |
|---|---|---|---|
| | Name | | |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$42,892.34** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$76,997.23** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$119,889.57** |

| Fill in this information to identify the case: |
| --- |
| Debtor name      Madjak, LLC |
| United States Bankruptcy Court for the: <br> Western District of Texas |
| Case number (if known):    22-10641    Chapter   11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | AR Plaza, LP |
| | | | c/o Burke Real Estate |
| | State the term remaining | 0 months | 2590 Oakmount Dr. Suite 210 |
| | List the contract number of any government contract | | Round Rock, TX 78665 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement | Face to Face Franchising, LLC |
| | | | 3801 N. Capital of Texas Highway Suite F-100 |
| | State the term remaining | 0 months | Austin, TX 78746 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ Madjak, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ 22-10641 _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |
| 2.2 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |
| 2.3 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |
| 2.4 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |
| 2.5 _____ | Street _____ <br> _____ <br> City _____ State ___ ZIP Code ___ | | |

| Debtor | Madjak, LLC | Case number *(if known)* | 22-10641 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | | |

| Fill in this information to identify the case: |
| :--- |
| Debtor name        Madjak, LLC |
| United States Bankruptcy Court for the:      Western District of Texas |
| Case number (if known):    22-10641     Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*..................................................................................     **$0.00**

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*..............................................................................     **$59,490.00**

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*................................................................................     **$59,490.00**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................     **$709,634.71**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................     **$42,892.34**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    **+**    **$76,997.23**

4. **Total liabilities**................................................................................................................................     **$829,524.28**

   Lines 2 + 3a + 3b